UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LARIMEN WALLACE §<br>§<br>Plaintiff, §<br>§<br>§<br>§<br>v. §<br>§   CIVIL ACTION NO. 1:20-cv-01191<br>§<br>§<br>TRAVIS COUNTY HEALTHCARE §<br>DISTRICT D/B/A CENTRAL HEALTH §<br>§<br>§<br>Defendant. § | |

**DEFENDANT TRAVIS COUNTY HEALTHCARE DISTRICT D/B/A
CENTRAL HEALTH'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 Defendant Travis County Healthcare District D/B/A Central Health ("Defendant" or "Central Health") files this Notice of Removal of Cause No. D-1-GN-20-006645, pending in the 98th Judicial District Court of Travis County, Texas, on the basis that Plaintiff's claims for relief against Defendant revolve around federal subject matter jurisdiction and that this court has supplemental jurisdiction of Plaintiff's remaining claims arising under state law. Defendant respectfully shows:

### I.   FACTUAL BACKGROUND

On or about October 29, 2020, Plaintiff filed his Original Petition in the matter styled *Larimen Wallace v. Travis County Healthcare District D/B/A Central Health*; Cause No. D-1-GN-20-006645, pending in the 98th District Court of Travis County, Texas ("the Lawsuit"). On November 14, 2020, Plaintiff e-mailed Defendant's counsel a copy of his Original Petition and a

Citation, as well as requested waiver of service. Defendant's counsel signed the waiver of service of citation, which was verified on November 17, 2020, and filed with the Travis County District Court on November 20, 2020. In the Lawsuit, Plaintiff brings causes of action for alleged violations of federal and state law, specifically Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. ("Title VII"), 42 U.S.C. § 1981, and the Texas Labor Code. Plaintiff asserts claims of race discrimination and retaliation under these laws.

Simultaneously with the filing of this notice of removal, Defendant submits the complete state court record as **Exhibit A**.

## II.     GROUNDS FOR REMOVAL

Defendant files this notice of removal within 30 days of receiving Plaintiff's initial pleading. *See* 28 U.S.C. § 1446(b). Additionally, venue is proper in this District and Division under 28 U.S.C. § 1441(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

In Plaintiff's Original Petition, Plaintiff expressly makes claims for relief against Defendant "arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Specifically, Plaintiff asserts causes of action for violations of Title VII, including discrimination and retaliation, and 42 U.S.C. § 1981. *See Pl.'s Original Pet.*, ¶¶ 56-60, 66-68, and 72-75. Accordingly, because Plaintiff has asserted claims under federal laws, this court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Moreover, this Court has supplemental jurisdiction over Plaintiff's remaining race discrimination and retaliation claims arising under the Texas Labor Code as these claims "are so related to claims in the action within such original jurisdiction that

they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367.

Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), promptly after Defendant files this Notice, written notice of the filing will be given to Plaintiff, the adverse party. Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Travis County District Court promptly after Defendant files this Notice.

### III.   CONCLUSION

Based upon the foregoing, the exhibit submitted in support of this Notice, and other documents filed contemporaneously with this Notice and fully incorporated herein by reference, Defendant hereby removes this case to this Court for trial and determination.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   */s/Stephanie S. Rojo*
Stephanie S. Rojo
State Bar No. 24041815
Kimberly L. Kauffman
State Bar No. 24089255

701 Brazos, Suite 1500
Austin, TX 78701
Telephone: (512) 708-8200
Fax: (512) 708-8777
Email: srojo@thompsoncoe.com
Email: kkauffman@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
TRAVIS COUNTY HEALTHCARE DISTRICT
D/B/A CENTRAL HEALTH**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2020, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure upon all known counsel and parties of record by electronic service using the Court's CM/ECF system.

Colin Walsh
**WILEY WALSH P.C.**
1011 San Jacinto Blvd.; Suite 401
Austin, Texas 78701
512-271-5527 (Telephone)
512-287-3084 (Fax)
colin@wileywalsh.com

**ATTORNEY FOR PLAINTIFF
LARIMEN WALLACE**

                                                 */s/Stephanie S. Rojo*
                                                 Stephanie S. Rojo